# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ORLANDO ORDONEZ PUAC,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　Respondents. | Case No. 2:26-cv-01479-AB-PD<br><br>**ORDER DISMISSING PETITION AS MOOT** |

On March 6, 2026, the Magistrate Judge ordered the parties to meet and confer regarding whether the Petition was moot based on the bond hearing that Petitioner received. Dkt. No. 10. On March 9, 2026, Petitioner lodged a proposed order stating that the parties conferred and agreed that the Petition was moot as a result of Petitioner receiving a bond hearing on the merits before an Immigration Judge. Dkt. No. 11.

| | |
|---|---|
| 1 | The Petition having become moot, the Court, having considered Petitioner's filing, and good cause having been found, hereby dismisses his petition for writ of habeas corpus without prejudice. |

DATE: March 10, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE