JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RUDY ORLANDO ORDONEZ PUAC,

               Petitioner,

    v.

KRISTI NOEM, et al.,

               Respondents.

Case No. 2:26-cv-01479-AB-PD

**JUDGMENT**

Pursuant to the Court's Order Dismissing the Petition as moot,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATE:  March 10, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE